# CERTIFICATE OF SERVICE

I, Gini L. Downing _____(name), certify that service of this summons and a copy of the complaint was made February 4, 2022 _____(date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Tracelink Inc
Attn: Mike Mozzer, Chief Financial Officer
400 Riverpark Drive, Suite 200
North Reading, MA 01864

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Tracelink Inc.
Attn: Michael Cayer, Secretary
400 Riverpark Drive, Suite 200
N. Reading, MA 01864

Tracelink Inc.
Attn: Mike Mozzer, CFO
200 Quannapowitt Parkway
Wakefield, MA 01880

Shabbir M. Dahod, R/A for
Tracelink Inc.
400 Riverpark Drive, Suite 200
N. Reading, MA 01864

Corporation Service Company,
R/A for Tracelink, Inc.
251 Little Falls Drive
Wilmington, DE 19808

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date    February 4, 2022    Signature    /s/ Gini L. Downing

Print Name:    Gini L. Downing
               Pachulski Stang Ziehl & Jones LLP
               10100 Santa Monica Blvd.
               13th Floor
Business Address:    Los Angeles, CA 90067

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Paul Sisofa ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Paul Sisofa    C. Date of Delivery |
| 1. Article Addressed to:<br>Corporation Service Company,<br>R/A for Tracelink, Inc.<br>251 Little Falls Drive<br>Wilmington, DE 19808 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3367 7227 2900 93 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 2400 0000 3985 8237 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |