Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>              Plaintiff,<br>  v.<br><br>TRACELINK INC.,<br><br>              Defendant. | Adv. Proc. No. 22-02035 (PRW) |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable herein by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff, Advisory Trust Group, LLC, as trustee of the RDC Liquidating Trust, hereby dismisses, with prejudice, its Complaint against Tracelink Inc. (the "Defendant") in the above-captioned

adversary proceeding. The Defendant has not filed an answer, responsive pleading, or motion for summary judgment in this adversary proceeding.

| | |
|---|---|
| Dated: June 14, 2022 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Ilan D. Scharf*<br>Bradford J. Sandler (NY Bar No. 4499877)<br>Ilan D. Scharf (NY Bar No. 4042107)<br>Jason S. Pomerantz (CA Bar No. 157216)<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Email: bsandler@pszjlaw.com<br>ischarf@pszjlaw.com<br>jspomerantz@pszjlaw.com<br><br>*Counsel to Plaintiff RDC Liquidating Trust* |